UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 01-0209(B)-RMT |
|---|---|
| Plaintiff, | ) ORDER GRANTING MOTION |
| | ) TO DISQUALIFY DEFENSE |
| vs. | ) COUNSEL AND DENYING |
| | ) APPLICATION FOR HEARING |
| HASSAN REZAIE, | ) AS MOOT |
| Defendant. | ) |

This matter has come before the court on the ex parte application by defendant HASSAN REZAIE for hearing re: potential conflict of interest and the motion filed in response thereto by the government to disqualify attorney Thomas P. Sleisenger, the newly appointed counsel for defendant REZAIE. Having considered the record herein, the court finds that a hearing is not necessary. The court further finds that although Mr. Sleisenger does not recall his prior participation in this matter, he "participated personally and substantially" in this case while he was an Assistant United States Attorney and, therefore, should be disqualified from further representing defendant REZAIE.

Accordingly,

IT IS ORDERED that the motion by the government to disqualify attorney Thomas P. Sleisenger from further representing defendant REZAIE is granted.

IT IS FURTHER ORDERED that the ex parte application for hearing re: potential conflict of interest is denied as moot.

Dated: March 10, 2008

_____
ROBERT M. TAKASUGI
United States District Sr. Judge

2